UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NICKOLAS VONALST,

                Plaintiff

v.

T. ROYAL, et al.,

                Defendants

Case No. 3:24-cv-00400-MMD-CLB

**ORDER**

**I.   DISCUSSION**

On September 20, 2024, the Court issued an order directing Plaintiff to file a complete application to proceed *in forma pauperis* on or before November 20, 2024. (ECF No. 5). The Court's order came back as undeliverable. (ECF Nos. 6, 7). Plaintiff subsequently filed an updated address. (ECF No. 10.) Therefore, the Court will resend its previous order to Plaintiff at his new address. Plaintiff should review the Court's previous order for further details about the requirements for an application to proceed *in forma pauperis*. The Court will also extend the deadline for Plaintiff to file an application to proceed *in forma pauperis* until **December 17, 2024**. If Plaintiff fails to file a complete application to proceed *in forma pauperis* by that extended deadline, this case will be subject to dismissal without prejudice.

**II.   CONCLUSION**

It is therefore ordered that the Clerk of the Court is directed to resend the Court's previous order (ECF No. 5) to Plaintiff Nickolas Vonalst. The Clerk of the Court is also directed to send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

It is further ordered that the Court extends the deadline for Plaintiff to file a complete application to proceed *in forma pauperis* until **December 17, 2024**.

Plaintiff is again cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to file a complete application to proceed *in forma pauperis* by

1 **December 17, 2024**. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

DATED THIS 18th day of October 2024.

_____
UNITED STATES MAGISTRATE JUDGE